# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

| | |
|---|---|
| TERICA BIANCA BROWN, Individually, and as Next Friend and Natural Guardian of C.B., a minor, ) ) ) ) | |
| Plaintiff, ) | Civil Action No.: 6:16-CV-133 |
| v. ) ) | |
| UNITED STATES OF AMERICA, and MELINDA FOSKEY PITTMAN, ) ) ) | |
| Defendants. ) | |

## ORDER STAYING DISCOVERY

Upon motion by Defendant, and with consent by the Plaintiff, and due consideration, all discovery in this matter, including responses to discovery requests now pending, are HEREBY STAYED, pending ~~further Order of the Court.~~ the filing of their Rule 26(f) report.

ORDER ENTERED, this 29TH day of September, 2016.

_____
UNITED STATES MAGISTRATE COURT
SOUTHERN DISTRICT OF GEORGIA