IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| TERICA BIANCA BROWN, Individually, and as Next Friend and Natural Guardian of C.B., a minor, | * * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 616-133 |
| UNITED STATES OF AMERICA, and MELINDA FOSKEY PITTMAN, | * * * | |
| Defendants. | * * * | |

**O R D E R**

Currently before the Court is the United States of America's motion to substitute. (Doc. 5.) Specifically, the United States wishes to be substituted as a defendant for Melinda Foskey Pittman under 28 U.S.C. § 2679. Section 2679 provides that a claim against the United States is the exclusive remedy for injuries sustained as a result of the acts or omissions of an employee of the United States acting within the scope of his or her employment. 28 U.S.C. § 2679(b). Accordingly,

> [u]pon certification by the Attorney General that the defendant employee was acting within the scope of his office or employment at the time of the incident out of which the claim arose, any civil action or

proceeding commenced upon such claim in a United States district court shall be deemed an action against the United States under the provisions of this title and all references thereto, and the United States shall be substituted as the party defendant.

28 U.S.C. § 2679(d)(1). Here, the United States Attorney has certified, see 28 C.F.R. § 15.4, that Ms. Pittman was acting within the scope of her employment. (Dc. 5-1.) Accordingly, the United States' motion is **GRANTED**. The United States shall be **SUBSTITUTED** as a defendant for Ms. Pittman, and Ms. Pittman shall be **TERMINATED** as a party in this case.

**ORDER ENTERED** at Augusta, Georgia this 17th day of October, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA