IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TERICA BIANCA BROWN,  
Individually, and as Next  
Friend and Natural Guardian  
of C.B., a minor,

    Plaintiff,

v.   CV 616-133

UNITED STATES OF AMERICA,

    Defendant.

**ORDER**

Currently before the Court is the parties' stipulation of dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 21.) Accordingly, Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk is instructed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this __10th__ day of April, 2017.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA